**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 03 2019

at 11 o'clock and 55 min. A M
SUE BEITIA, CLERK   ES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR19 00141 HG |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [18 U.S.C. § 1201(a)(1); 21 U.S.C. § 846] |
| | ) | |
| JONAH ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INFORMATION

The U.S. Attorney charges:

Count 1
Kidnapping
(18 U.S.C. § 1201(a)(1))

On or about October 17, 2017, within the District of Hawaii, JONAH ORTIZ, the defendant, willfully and unlawfully seized, confined, kidnapped, abducted, and carried away S.L. for money, and used and caused to be used a means, facility, and instrumentality of interstate and foreign commerce, namely, a cellular telephone and a Ford Crown Victoria motor vehicle, in committing and in furtherance of the commission of the offense.

All in violation of Title 18, United States Code, Section 1201(a)(1).

Count 2
Conspiracy to Distribute and
Possess With Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

From a precise date unknown, but by at least February 2018, and continuing to on or about August 8, 2018, within the District of Hawaii and elsewhere, JONAH ORTIZ, the defendant, did knowingly and intentionally combine, conspire, confederate, and agree with Wayne Miller, not charged in this Information, and other persons known and unknown, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

DATED: \_\_\_October 3\_\_\_, 2019, at Honolulu, Hawaii.


_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL F. ALBANESE
MICHAEL NAMMAR
Assistant U.S. Attorneys




United States v. Jonah Ortiz
Information