cc: HG

ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 03 2019
at 11 o'clock and 55 min. AM
SUE BEITIA, CLERK  ES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JONAH ORTIZ,<br><br>                Defendant. | CR. NO. CR19 00141 HG<br><br>NOTICE OF RELATED CASE |

## NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves the same transaction(s) and subject matter as the following previous proceedings: <u>United States v. Jonah Ortiz</u>, Cr. No. 1800115 HG.

DATED: October 3, 2019, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ Michael Nammar
MICHAEL NAMMAR
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA